IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRENCE BUCHANAN,

JUDGMENT IN A CIVIL CASE

    Plaintiff,

16-cv-620-wmc

v.

BRIAN HAYES, TROY ENGER,
JENNIFER LAWRENCE, MICHAEL
EKEDAHL and CONSTANCE HEWITT,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Terrence Buchanan's motion for preliminary injunction and dismissing this case pursuant to *Heck v. Humphrey*, 512 U.S. 477, 468-87 (1994).

| /s/ | 3/23/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |