# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

TERRENCE BUCHANAN
    Plaintiff,

Notice of Appeal

V.

BRIAN HAYES
    Defendants.

Case No. 16-CV-620-wmc

Plaintiff Terrence Buchanan, pro se, respectfully moves to appeals to the 7th Circuit Court from a final judgment entered in the Western District Court on March 23, 2018. Buchanan believes he is entitled to relief and as such is seeking a reversal and/or remand for further proceedings. Buchanan has attached a motion to enlarge/extend, showing cause for untimely filing of the notice.

Dated this 2nd day of August 2018.

Terrence Buchanan (#461625)
Racine Correctional Institution
P.O. Box 900
Sturtevant, WI 53177